IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.     CRIMINAL NO. 3:04cr180WN-002

HEATHER NICOLE PARKER

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 2, 3 and 4 of the Criminal Indictment against HEATHER NICOLE PARKER without prejudice.

DUNN LAMPTON
United States Attorney

By: *Sandra G. Moses*
SANDRA G. MOSES
Assistant United States Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5th day of January, 2007.

*Henry T. Wingate*
UNITED STATES DISTRICT JUDGE