UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NUMBER |
| | ) | 3:04CR00180-2 |
| HEATHER PARKER | ) | |

## ORDER OF COURT

On January 5, 2007 the above named offender was sentenced to a term of probation for a period of five (5) years which commenced on January 5, 2007. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this 2nd day of October, 2009.

_____
Honorable Henry T. Wingate
Chief United States District Judge